B 210OA (Form 210OA) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of South Carolina

In re Ben Bernard Mathis and Keanna Shauntai Mathis ,  Case No. 17-04332-jw

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SECRETARY OF VETERANS AFFAIRS OF WASHINGTON, D.C HIS SUCCESSORS AND/OR ASSIGNS. | Ditech Financial LLC for Secretary of Veterans Affairs |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BSI Financial Services
1425 Greenway Drive, #400
Irving, TX 75038

Court Claim # (if known): 5-1
Amount of Claim: $320,597.00
Date Claim Filed: 10/19/2017

Phone: 866-581-4513
Last Four Digits of Acct #: 3695

Phone: 888-298-7785
Last Four Digits of Acct. #: 3695

Name and Address where transferee payments should be sent (if different from above):
BSI Financial Services,
314 S Franklin St. P.O. Box 517
Titusville, PA 16354

Phone: 866-581-4513
Last Four Digits of Acct #: 3695

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Louise M. Johnson  Date: 02/16/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.